**FILED
CLERK**
10/28/2019 11:42 am
**U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

STRIKE 3 HOLDINGS, LLC,

        Plaintiff,

v.

JOHN DOE subscriber assigned IP address 68.192.101.61,

        Defendant.

Civil Action No. 2:18-cv-07319-JMA-SIL

## PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff Strike 3 Holdings, LLC ("Plaintiff") has settled this matter with John Doe, subscriber assigned IP address 68.192.101.61 ("Defendant"), through Defendant's council, Ethan Irwin, Esq. Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: October 25, 2019

Respectfully submitted,

Case closed.
SO ORDERED.
/s/ JMA, USDJ
10/28/2019

By:   /s/ *Jacqueline M. James*
      Jacqueline M. James, Esq. (#1845)
      The James Law Firm, PLLC
      445 Hamilton Avenue, Suite 1102
      White Plains, New York 10601
      T: 914-358-6423
      F: 914-358-6424
      E-mail: jjames@jacquelinejameslaw.com
      *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 25, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Jacqueline M. James*
Jacqueline M. James, Esq.